IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA J. KARAS,<br><br>      Plaintiff,<br><br>   v.<br><br>ACCESS HOLLYWOOD,<br><br>      Defendant._____/ | No. C 12-02310 CRB<br><br>**ORDER DISMISSING CASE** |

   Plaintiff Paula J. Karas failed to appear at the case management conference held in this Court on September 28, 2012.  She also failed to file an amended complaint in response to this Court's order dismissing the case with leave to amend.  See Dkt. 18.  That order warned plaintiff that "[f]ailure to do so may result in dismissal of Plaintiff's case with prejudice."  Accordingly, this case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

   **IT IS SO ORDERED.**


Dated: September 28, 2012                    CHARLES  R. BREYER
                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2310\Order dismissing.wpd