IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA J. KARAS,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCESS HOLLYWOOD,<br><br>    Defendant. _____/ | No. C 12-02310 CRB<br><br>**JUDGMENT** |

The Court, having dismissed this case for lack of prosecution, enters judgment in favor of Defendant against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2310\Judgment.wpd