**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    PAULA J. KARAS,                              No. C 12-02310 CRB

12            Plaintiff,                           **JUDGMENT**

13       v.

14    ACCESS HOLLYWOOD,

15            Defendant.
                                              /
16

17         The Court, having dismissed this case for lack of prosecution, enters judgment in

18    favor of Defendant against Plaintiff.

19         **IT IS SO ORDERED.**

20

21

22

23    Dated: October 1, 2012              CHARLES  R. BREYER
                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28

G:\CRBALL\2012\2310\Judgment.wpd